AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

Henry D. Whitaker

V.

Meta Control, LLC

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   2:07-cv-00398-MEF-WC

TO: (Name and address of Defendant)

Meta Control, LLC
c/o Michael O'Connor
105 Tallapoosa St., Suite 101
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

K. Anderson Nelms
847 S. McDonough St.
Suite 100
Montgomery, AL 36104

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                      5/8/07

CLERK                                                         DATE

(By) DEPUTY CLERK