| | |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)* Darcy Parrish   B. Date of Delivery 5/21/07<br>C. Signature<br>X *[signature]*   ☐ Agent   ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>2:07cv398-n<br>S+C |
| 1. Article Addressed to:<br><br>.ıl..ıll..l.l.ll<br>ntrol LLC<br>'Connor<br>)oosa Street, Suite 101<br>ery, AL 36117 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number *(Copy from service label)*    7006 0100 0003 2054 6105 | |
| PS Form 3811, July 1999   Domestic Return Receipt | 102595-00-M-0952 |