IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| HENRY D. WHITAKER | ✦ |
| Plaintiff, | ✦ |
| vs. | ✦ Case Number 2:07-cv-00398-MEF-WC |
| META CONTROL, LLC | ✦ |
| Defendant. | ✦ |

### NOTICE OF APPEARANCE

**COME NOW**, G. R. "Rick" Trawick and Algert S. Agricola, Jr. and enter their appearance as counsel of record for Defendant Meta Control, LLC.

Respectfully submitted this the 2nd day of August, 2007.

*/s/ G.R. Trawick*

G. R. TRAWICK, ESQUIRE (Ala. Bar #TRA007)
ALGERT S. AGRICOLA, JR. (Ala. Bar # AGR001)
ATTORNEYS FOR DEFENDANT
Meta Control, LLC

OF COUNSEL:
SLATEN & O'CONNOR, P.C.
**Winter Loeb Building**
105 Tallapoosa Street, Suite 101
Montgomery, Alabama 36104
(334) 396-8882
(334) 398-8880 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing instrument upon the following attorney(s) of record by placing a copy of same in the United States Mail, postage prepaid this the 2nd day of August, 2007:

>K. Anderson Nelms, Esquire
>847 S. McDonough St.
>Suite 100
>Montgomery, AL 36104
>*Attorney for Plaintiff*

/s/ J.R. Trawick
OF COUNSEL

F:\Business Group\Meta Control, LLC\Pleading.wpd