IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

HENRY D. WHITAKER,

    Plaintiff,

v.     CASE NO. <u>2:07-CV-398-MEF</u>

META CONTROL, L.L.C.,

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>Meta Control, L.L.C.</u>, a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- ☐ This party is an individual, or
- ☐ This party is a governmental entity, or
- ☐ There are no entities to be reported, or
- ☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Chang S. Cho | Sole Member of Defendant |

<u>8-10-07</u>
Date

<u>/s/ G.R. Trawick</u>
(Signature)

G.R. Trawick, Esq.
(Counsel's Name)

Slaten & O'Connor, P.C.
Counsel for (print names of all parties)

105 Tallapoosa Street, Suite 101
Montgomery, AL 36104
Address, City, State Zip Code

(334) 396-8882
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CERTIFICATE OF SERVICE**

I, G. R. Trawick, do hereby Certify that a true and correct copy of the foregoing has been furnished by _____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _____ day of August 20 07, to:

K. Anderson Nelms, Esq.

P.O. Box 5059

Montgomery, AL 36103


8-10-07
Date

G.R. Trawick
Signature