UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY D. WHITAKER, | ✦ |
| | ✦ |
| Plaintiff, | ✦ |
| | ✦ |
| vs. | ✦   CIVIL ACTION NO.:2:07-CV-398-MEF |
| | ✦   (Jury Demand) |
| META CONTROL, LLC., | ✦ |
| | ✦ |
| Defendant. | ✦ |

## RULE 26(f) REPORT OF THE PARTIES

1.  **Planning Meeting.**

Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on September 17, 2007, at Montgomery, Alabama and the following persons participated in the meeting:

    A.    K. Anderson Nelms, Esq. for Plaintiff, and

    B.    G. R. "Rick" Trawick, Esq. for Defendant.

2.  **Pre-discovery Disclosures.**

The parties will exchange by October 1, 2007, the information required by Fed.R.Civ.P. 26(a)(1).

3.  **Discovery Plan.**

The parties jointly propose to the court the following discovery plan:

    A.    Discovery will be needed on the following subjects:

        i.      Plaintiff's employment history with Defendant;

        ii.     Plaintiff's performance of his job duties while employed by Defendant; and

        iii.    The Employee Policies and Procedures of Defendant.

B.    All discovery commenced in time to be completed by March 1, 2007.

C.    Maximum of 40 Interrogatories to each party by the other party. responses due 30 days after service.

D.    Maximum of 20 requests for admission by each party to any other party. Responses due 30 days after service.

E.    Maximum of 8 depositions by Plaintiff and 8 by Defendant.

F.    Each deposition is limited to a maximum of 5 hours unless extended by the agreement of the parties.

G.    Reports from retained experts under Rule 26(a)(2) due:

        i.      from Plaintiff by January 4, 2007.

        ii.     from Defendant by February 7, 2007.

H.    Supplementations under Rule 26(e) due by February 29, 2007.

4.   **Other Items.**

A.    The parties do not request a conference with the court before entry of the Scheduling Order.

B.    The parties request a pretrial conference in March 2007.

C. Plaintiff should be allowed until October 31, 2007, to join additional parties and to amend the pleadings.

D. Defendant should be allowed until November 30, 2007, to join additional parties and to amend the pleadings.

E. All potentially dispositive motions should be filed by April 7, 2007.

F. Settlement cannot be evaluated prior to January 2, 2007.

G. Final witnesses and exhibits under Rule 26(a)(3) should be due from Plaintiff by February 4, 2007 and from Defendant by March 3, 2007.

H. Parties should have 30 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

I. The case should be ready for trial by July 7, 2007, and at this time is expected to take approximately 2 days.

Respectfully submitted this 17th day of September, 2007.

/s/ G.R. "Rick" Trawick
**G. R. "Rick" TRAWICK** (Ala. TRA007)
ASB-7740-I44G
Algert S. Agricola, Jr. (Ala. AGR001)
**ATTORNEYS FOR DEFENDANT
META CONTROL, LLC.**

**OF COUNSEL:**
**SLATEN & O'CONNOR, P.C.**
Winter Loeb Building
105 Tallapoosa Street, Suite 101
Montgomery, Alabama  36104
(334) 396-8882
(334) 398-8880 fax
rtrawick@slatenlaw.com

/s/ K. Anderson Nelms
**K. Anderson Nelms (NEL022)**
**P.O. Box 5059**
**Montgomery, AL 36103**
**Telephone: (334)-263-7733**
**Facsimile: (334)-832-4390**
**ATTORNEY FOR PLAINTIFF**
**ASB-6972-E63K**