UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY D. WHITAKER, | ✦ |
| | ✦ |
| Plaintiff, | ✦ |
| | ✦ |
| vs. | ✦   CIVIL ACTION NO.:2:07-CV-398-MEF |
| | ✦   (Jury Demand) |
| META CONTROL, LLC., | ✦ |
| | ✦ |
| Defendant. | ✦ |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Meta Control, LLC. ("Meta Control"), files this Motion for Summary Judgment pursuant to *Rule 56 of the Federal Rules of Civil Procedure* and states there is no genuine issue as to any material fact as to any of Plaintiff Henry Whitaker's claims. Therefore, Meta Control is entitled to a judgment as a matter of law. This motion is supported by the following documents:

1. Memorandum Brief filed contemporaneously with this Motion;

2. Meta Control's Evidence filed in support of this Motion; and

3. Any and all pleadings filed in this case.

Wherefore, Meta Control respectfully requests that this Court grant this Motion and

enter a Summary Judgment in its favor as to all claims alleged in Plaintiff's Complaint.

Respectfully submitted this 10th day of March 2008

/s/ G. R. Trawick

G. R. "Rick" TRAWICK (Ala. TRA007)
Attorney for Defendant

SLATEN & O'CONNOR, P.C.
105 Tallapoosa Street, Suite 101
Montgomery, Alabama 36104
(334) 396-8882
(334) 398-8880 fax
rtrawick@slatenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following attorney of record by placing a copy in the United States Mail, and postage prepaid this the 10th day of March 2008.

K. Anderson Nelms
P. O. Box 5059
Montgomery, Alabama
(334) 263-7733
(334) 832-4390

/s/ G. R. Trawick

G. R. "Rick" Trawick

-2-