IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HENRY D.. WHITAKER | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:07-cv-398-MEF |
| | ) | |
| META CONTROL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Upon consideration of the defendant's Motion for Summary Judgment (Doc. #15) filed on March 10, 2008, it is hereby

ORDERED that the motion be submitted without oral argument on April 1, 2008..

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before March 25, 2008. The defendants may file a reply brief on or before April 1, 2008.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this the 11th day of March, 2008.

                                                      /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE