# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **HENRY D. WHITAKER,** | * |
| | * |
| Plaintiff, | * |
| | * |
| | *   CIVIL ACTION NO. :2:07-CV-398-MEF |
| vs | * |
| | * |
| **META CONTROL, LLC.,** | * |
| | * |
| Defendant. | * |

## MOTION FOR LEAVE TO WITHDRAW

COMES NOW the undersigned attorney and moves this court for leave to withdraw as co-counsel for the Defendant Meta Control, LLC. The undersigned is no longer at the law firm of Slaten & O'Connor and Slaten & O'Connor has retained this file.

RESPECTFULLY SUBMITTED this the 11th day of March, 2008.

S/Algert S. Agricola, Jr.
**ALGERT S. AGRICOLA, JR.** (ASB 0364-R79A)
Attorney for Defendant Meta Control, LLC

**OF COUNSEL**:

**RYALS, PLUMMER, DONALDSON,
AGRICOLA & SMITH, P.C.**
60 Commerce Street, Suite 1400
Montgomery, AL 36104
(334) 834-5290
FAX: (334) 834-5297

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that I served a copy of the foregoing by electronically filing copy of same this the 11th day of March, 2008:

                        G. R. "Rick" Trawick, Esq.
                        Slaten & O'Connor, P.C.
                        105 Tallapoosa Street, Suite 101
                        Montgomery, AL 36104

                        K. Anderson Nelms, Esq.
                        Post Office Box 5059
                        Montgomery, AL 36104

                                              S/ Algert S. Agricola, Jr.
                                              **OF COUNSEL**