**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 12, 2008

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Whitaker v. Meta Control, LLC**

**Case Number:   2:07-cv-00398-MEF**

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached by E-Filer to include the proper electronic signature.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 19  filed on March 11, 2008.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **HENRY D. WHITAKER,** | * |
| | * |
| Plaintiff, | * |
| | * |
| | *   CIVIL ACTION NO. :2:07-CV-398-MEF |
| vs | * |
| | * |
| **META CONTROL, LLC.,** | * |
| | * |
| Defendant. | * |

## MOTION FOR LEAVE TO WITHDRAW

COMES NOW the undersigned attorney and moves this court for leave to withdraw as co-counsel for the Defendant Meta Control, LLC. The undersigned is no longer at the law firm of Slaten & O'Connor and Slaten & O'Connor has retained this file.

RESPECTFULLY SUBMITTED this the 11th day of March, 2008.

　　　　　　　　　　　　　　　　　　　S/Algert S. Agricola, Jr.
　　　　　　　　　　　　　　　　　　　**ALGERT S. AGRICOLA, JR.** (ASB 0364-R79A)
　　　　　　　　　　　　　　　　　　　Attorney for Defendant Meta Control, LLC

**OF COUNSEL**:

**RYALS, PLUMMER, DONALDSON,
AGRICOLA & SMITH, P.C.**
60 Commerce Street, Suite 1400
Montgomery, AL 36104
(334) 834-5290
FAX: (334) 834-5297

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I served a copy of the foregoing by electronically filing copy of same this the 11<u>th</u> day of March, 2008:

                    G. R. "Rick" Trawick, Esq.
                    Slaten & O'Connor, P.C.
                    105 Tallapoosa Street, Suite 101
                    Montgomery, AL 36104

                    K. Anderson Nelms, Esq.
                    Post Office Box 5059
                    Montgomery, AL 36104

                                          <u>S/ Algert S. Agricola, Jr.</u>
                                          **OF COUNSEL**