IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY D.. WHITAKER ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:07-cv-398-MEF |
| ) | |
| META CONTROL, LLC, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the Motion for Leave to Withdraw (Doc. #19) filed on March 10, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 12th day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE