UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **HENRY D. WHITAKER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No.: 2:07-CV-398-MEF |
| vs. ) | |
| ) | |
| **META CONTROL, LLC.,** ) | |
| ) | |
| **Defendant.** ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

COMES NOW, the Plaintiff, by and through his counsel, and respectfully requests that this Honorable Court grant him an extension of time to file a response to Defendant's Motion for Summary Judgment. As grounds therefor, the Plaintiff states as follows:

1. The deadline for Plaintiff to respond to Defendant's Motion for Summary Judgment is March 24, 2008.

2. Despite diligent efforts by both parties, there still remains extensive discovery that needs to be conducted.

3. Additionally, the parties are working together to set dates for depositions, but have been unable to do such as of this date.

WHEREFORE, THE PREMISES CONSIDERED, the Plaintiff respectfully requests that this Honorable Court grant him an extension of time within which to file a response to Defendant's Motion for Summary Judgment.

Respectfully submitted this 24th day of March, 2008.

            \s\ K. Anderson Nelms
            Keith Anderson Nelms
            Attorney for Plaintiff
            Anderson Nelms & Associates
            847 So. McDonough Street
            Montgomery, Alabama, 36104
            Voice (334) 263-7733
            Fax (334) 263-7733
            andynelms@andersonnelms.com

OF COUNSEL:
Anderson Nelms & Associates
847 S. McDonough Street
Montgomery, AL 36104

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the above and foregoing has been served upon the following via the CM/ECF filing system on this the 24th day of March, 2008.

G. R. Trawick
SLATEN & O'CONNOR, P.C.
Winter Loeb Building
105 Tallapoosa St., Suite 101
Montgomery, AL 36104
(334) 396-8882

            \s\ K. Anderson Nelms
            OF COUNSEL