IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY D. WHITAKER, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| v. | )   CASE NO.: 2:07cv398-MEF |
| | ) |
| META CONTROL, LLC, | )   (WO- Do Not Publish) |
| | ) |
|     DEFENDANT. | ) |

## **ORDER**

It is hereby ORDERED that Plaintiff's Motion for Extension of Time (Doc. # 22) is DENIED.

DONE this the 24th day of March, 2008.

                                                /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE