**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **HENRY D. WHITAKER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil Action No.: 2:07-cv-00398-MEF** |
| | ) |
| **META CONTROL, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

**MOTION TO WITHDRAW AND RESPONSE TO COURT'S ORDER**
**TO SHOW CAUSE**

COMES NOW, the undersigned counsel, and respectfully requests that this Honorable Court allow him to withdraw from the above referenced case. As grounds therefor, the undersigned states the following:

1.  There has been a breakdown in the attorney/client relationship such that the undersigned can no longer represent the Plaintiff, Henry D. Whitaker.

2.  The undersigned has lost contact with the Plaintiff for the second time since this case began. Since February 22, 2008, the undersigned has attempted to reach the Plaintiff by telephone and has sent several letters.

3.  Despite these attempts to reach the Plaintiff, the undersigned has been unable to locate the Plaintiff and the Plaintiff has therefore been unavailable to participate in the litigation of his case.

4.  For the reasons set forth above, the undersigned was not able to schedule depositions, mediation, or obtain responses to discovery.

1

WHEREFORE, THE PREMISES CONSIDERED, the undersigned respectfully requests

that this Honorable Court allow him to withdraw as counsel of record for the Plaintiff, Henry D.

Whitaker.

RESPECTFULLY SUBMITTED this 29th day of April, 2008.


_____          /s/ Andy Nelms
                                     K. Anderson Nelms
                                     Anderson Nelms & Associates, LLC
                                     847 South McDonough Street
                                     Montgomery, AL 36103
                                     (334) 263-7733 (Voice)
                                     (334) 832-4390 (Fax)
                                     andynelms@andersonnelms.com
                                     ASB-6972-E63K

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

G.R. Trawick
Attorney for Defendant
SLATEN & O'CONNOR, P.C.
105 Tallapoosa Street, Suite 101
Montgomery, Alabama 36104


_____          /s/ Andy Nelms
                                     K. Anderson Nelms
                                     Anderson Nelms & Associates, LLC
                                     847 South McDonough Street
                                     Montgomery, AL 36103
                                     (334) 263-7733 (Voice)
                                     (334) 832-4390 (Fax)
                                     andynelms@andersonnelms.com
                                     ASB-2014-E66J