IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY D. WHITAKER         ) | |
|                           ) | |
|    Plaintiff,              ) | |
| v.                        ) | CASE NO. 2:07-cv-398-MEF |
|                           ) | |
| META CONTROL, LLC,        ) | |
|                           ) | |
|    Defendant.              ) | |

## **O R D E R**

Upon consideration of the Motion to Withdraw (Doc. #28) filed by counsel for the plaintiff on April 29, 2008, it is hereby

ORDERED that the motion is set for a hearing on May 12, 2008 at 9:00 A.M. in the United States courthouse, One church Street, Courtroom 2A, Montgomery, Alabama.

It is further ORDERED that both the plaintiff and counsel for all parties shall appear in person at said hearing. Counsel for the plaintiff is DIRECTED to ensure that plaintiff receives a copy of this Order before the hearing and informs plaintiff of the requirement to attend this hearing. Plaintiff is hereby advised that failure to appear at this hearing could result in the dismissal of his case for want of prosecution.

DONE this 1st day of May, 2008.

                                            /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE