IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY D. WHITAKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-398-MEF |
| | ) |
| META CONTROL, LLC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

At a hearing on May 12, 2008, the parties represented to this Court that they had agreed to dismiss this case with prejudice. In light of the parties' agreement, it is hereby ORDERED that the parties shall file on or before **May 16, 2008** a Joint Stipulation of Dismissal.

DONE this 12th day of May, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE