UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **HENRY D. WHITAKER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 2:07-cv-00398-MEF |
| | ) |
| **META CONTROL, LLC,** | ) |
| | ) |
| Defendant. | ) |

## MOTION TO DISMISS

COMES NOW, the Plaintiff, by and through counsel, and hereby requests that this Honorable Court dismiss the above styled action, without prejudice.

RESPECTFULLY SUBMITTED this 16th day of May, 2008.


_____        /s/ Andy Nelms
                                       K. Anderson Nelms
                                       Anderson Nelms & Associates, LLC
                                       847 South McDonough Street
                                       Montgomery, AL 36103
                                       (334) 263-7733 (Voice)
                                       (334) 832-4390 (Fax)
                                       andynelms@andersonnelms.com
                                       ASB-6972-E63K

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 16th day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

G.R. Trawick

                                          /s/ Andy Nelms
                                          K. Anderson Nelms
                                          Anderson Nelms & Associates, LLC
                                          847 South McDonough Street
                                          Montgomery, AL 36103
                                          (334) 263-7733 (Voice)
                                          (334) 832-4390 (Fax)
                                          andynelms@andersonnelms.com
                                          ASB-2014-E66J