UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **HENRY D. WHITAKER,** | |
| **Plaintiff,** | |
| vs. | CASE NUMBER:  2:07-CV-398-MEF |
| **META CONTROL, LLC.,** | |
| **Defendant.** | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Henry D. Whitaker and Defendant Meta Control L.L.C., by and through their respective counsel, stipulate pursuant to *Rule 41 of the Federal Rules of Civil Procedure* that this action and all claims alleged in the complaint are hereby dismissed, with prejudice.  The Parties further stipulate that costs in this action shall be taxed against Plaintiff Henry D. Whitaker.

**WHEREFORE**, the Parties respectfully request this Court enter an order dismissing this action and all claims alleged in the complaint, with prejudice, and costs to be taxed against Plaintiff Henry D. Whitaker.

Dated: May 19, 2008                                    /s/ K. Anderson Nelms
                                                                     K. Anderson Nelms
                                                                     Attorney for Plaintiff
                                                                     P. O. Box 5059

Montgomery, Alabama
Telephone No. (334) 263-7733
Facsimile No. (334) 832-4390



/s/ G.R. "Rick" Trawick
G. R. "Rick" Trawick (TRA007)
Filed with permission
SLATEN & O'CONNOR, P.C.
Attorney for Defendant Meta Control, L.L.C.
105 Tallapoosa Street
Suite 101
Montgomery, AL 36104
Telephone No. (334) 396-8882
Facsimile No. (334) 396-8880