IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY D. WHITAKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-398-MEF |
| | ) |
| META CONTROL, LLC, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This matter is before the Court on the parties' Joint Stipulation of Dismissal (Doc. # 35), filed May 19, 2008 and Plaintiff's Motion to Dismiss (Doc. # 34), filed May 16, 2008. However, the joint stipulation fails to comply with CM/ECF Civil Administrative Procedure II.C.3, which states:

> In the case of a stipulation or other document to be signed by two or more persons, the following procedure should be used:
>
> Documents requiring signatures of more than one party shall be filed either by submitting *a scanned document containing all necessary signatures or by certifying within the document that all parties have agreed*.

CM/ECF Civil Administrative Procedure II.C.3, *available at* http://www.almd.uscourts.gov/cmecf/pubs/CivilAdminProc050207.pdf (emphasis added).

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, a plaintiff may only voluntarily and unilaterally dismiss an action against a defendant prior to the time that defendant files an answer or motion for summary judgment, whichever first occurs. After

a defendant files an answer or motion for summary judgment, a plaintiff seeking to dismiss claims against a defendant must file a stipulation of dismissal *signed by all parties who have appeared in the action*. *See* Fed. R. Civ. P. 41(a)(1)(ii). Because the stipulation of dismissal must be signed by two or more parties, it must comply with CM/ECF Civil Administrative Procedure II.C.3. This rule requires a party electronically filing a document requiring two or more signatures to submit one of the following: (1) a scanned signature page containing all necessary, hand-written signatures; or (2) all necessary electronic signatures *with a certification that all parties have agreed to have their name electronically signed for them*.

Here, the parties have filed a document containing multiple electronic signatures, but have failed to certify within the document that all parties have agreed to have their name electronically signed. Because this fails to comport with the requirements of CM/ECF Civil Administrative Procedure II.C.3, it is ORDERED that:

(1) The Joint Stipulation of Dismissal (Doc. # 35) is DENIED, with leave to refile;

(2) The Motion to Dismiss (Doc. # 34) is DENIED for failing to comply with Rule 41(a)(1), because it is not signed by all parties that have appeared in this action.

(3) On or before **May 23, 2008**, Plaintiff shall file a Joint Stipulation of Dismissal that complies with Rule 41(a)(1) and CM/ECF Civil Administrative Procedure II.C.3.

(4) This Court will not accept the signature of Plaintiff's counsel until he files a motion to withdraw the Motion to Withdraw as Attorney (Doc. # 28), filed April 29, 2008. Therefore, he must file such a motion prior to filing the joint stipulation.

(5) If both the joint stipulation of dismissal and the motion to withdraw are not filed on or before May 23, 2008, the Court will conduct a hearing on May 30, 2008 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama. Plaintiff is required to attend said hearing.

DONE this 20th day of May, 2008.

                                                  /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE