UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **HENRY D. WHITAKER,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | )   Civil Action No.: 2:07-cv-00398-MEF |
| | ) |
| **META CONTROL, LLC,** | ) |
| | ) |
|    **Defendant.** | ) |

## MOTION TO WITHDRAW

COMES NOW, undersigned counsel, and respectfully requests that this Honorable Court grant him this Motion to Withdraw his Motion to Withdraw as Counsel, which was filed April 29, 2008, in the above referenced case and as grounds therefor, states the following:

Counsel has re-established the attorney/client relationship such that he can continue to represent the Plaintiff, Henry D. Whitaker.

WHEREFORE, THE PREMISES CONSIDERED, the undersigned counsel respectfully requests that this Honorable Court allow him to withdraw his Motion to Withdraw as Counsel in the referenced case.

RESPECTFULLY SUBMITTED this 22nd day of May, 2008.

                                                 /s/ K. Anderson Nelms
                                               K. Anderson Nelms
                                               Anderson Nelms & Associates, LLC
                                               2005 Cobbs Ford Road, Suite 301A
                                               Prattville, AL 36066
                                               (334) 351-1770
                                               (334) 351-1774 (Fax)
                                               andynelms@andersonnelms.com
                                               ASB-6972-E63K

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

G.R. Trawick
Attorney for Defendant

/s/ K. Anderson Nelms
K. Anderson Nelms
Anderson Nelms & Associates, LLC
2005 Cobbs Ford Road, Suite 301A
Prattville, AL 36066
(334) 351-1770
(334) 351-1774 (Fax)
andynelms@andersonnelms.com
ASB-2014-E66J