# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **HENRY D. WHITAKER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.: 2:07-cv-00398-MEF** |
| | ) | |
| **META CONTROL, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT STIPULATION OF DISMISSAL

COME NOW, the Parties, by and through their respective counsel, and stipulate, pursuant to *Rule 41 of the Federal Rules of Civil Procedure*, that this action and all claims alleged in the Complaint are hereby dismissed, with prejudice.  Further, the Parties have agreed to the dismissal and the costs shall be taxed against the Plaintiff.

WHEREFORE, THE PREMISES CONSIDERED, the Parties respectfully request that this Honorable Court enter an Order dismissing this action and all claims alleged in the Complaint, with prejudice, and costs to be taxed against the Plaintiff, Henry D. Whitaker.

RESPECTFULLY SUBMITTED this 22nd day of May, 2008.

/s/ K. Anderson Nelms
K. Anderson Nelms
Anderson Nelms & Associates, LLC
2005 Cobbs Ford Road, Suite 301A
Prattville, AL 36066
(334) 351-1770
(334) 351-1774 (Fax)
andynelms@andersonnelms.com
ASB-6972-E63K

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

G.R. Trawick
Attorney for Defendant


/s/ K. Anderson Nelms
K. Anderson Nelms
Anderson Nelms & Associates, LLC
2005 Cobbs Ford Road, Suite 301A
Prattville, AL 36066
(334) 351-1770
(334) 351-1774 (Fax)
andynelms@andersonnelms.com
ASB-2014-E66J