IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENry D.. WHITAKER ) | |
| ) | |
| Plaintiff, ) | |
| v.  ) | CASE NO. 2:07-cv-398-MEF |
| ) | |
| META CONTROL, LLC, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

It is hereby ORDERED that the Final Judgment (Doc. #39) entered by the Court on May 23, 2008 is VACATED.

DONE this the 23rd day of May, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE