IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HENRY D. WHITAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cv-398-MEF |
| | ) | |
| META CONTROL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This matter is before the Court on the parties' Joint Stipulation of Dismissal (Doc. # 38), filed May 22, 2008. The joint stipulation fails to comply with CM/ECF Civil Administrative Procedure II.C.3, which states:

> In the case of a stipulation or other document to be signed by two or more persons, the following procedure should be used: Documents requiring signatures of more than one party shall be filed either by submitting a scanned document containing all necessary signatures or by certifying within the document that all parties have agreed.

CM/ECF Administrative Procedure II.C.3, *available at* http://www.almd.uscourts.gov/ cmecf/pubs/CivilAdminProc050207.pdf  (emphasis added).

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, a plaintiff may only voluntarily and unilaterally dismiss an action against a defendant prior to the time that defendant files an answer or motion for summary judgment, whichever first occurs. After a defendant files an answer or motion for summary judgment, a plaintiff seeking to dismiss claims against a defendant must file a stipulation of dismissal signed by all parties

who have appeared in the action. See Fed. R. Civ. P. 41(a)(1)(ii). Because the stipulation of dismissal must be signed by two or more parties, it must comply with CM/ECF Civil Administrative Procedure II.C.3. This rule requires a party electronically filing a document requiring two or more signatures to submit one of the following: (1) a scanned signature page containing all necessary, hand-written signatures; or (2) all necessary electronic signatures with a certification that all parties have agreed to have their name electronically signed for them.

The Joint Stipulation of Dismissal does not comply with CM/ECF Civil Administrative Procedure II.C.3 because it neither contains hand-written signatures of both parties nor electronic signatures of both parties with a certification that all parties have agreed to have their name electronically signed for them.

Accordingly, it is hereby

ORDERED that the parties file a Joint Stipulation of Dismissal that complies with CM/ECF Civil Administrative Procedure II.C.3 on or before May 28, 2008.

Done this 23rd day of May, 2008.

    /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE