UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY D. WHITAKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 2:07-cv-00398-MEF |
| | ) |
| META CONTROL, LLC, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

COME NOW, the Parties, by and through their respective counsel, and stipulate, pursuant to *Rule 41 of the Federal Rules of Civil Procedure*, that this action and all claims alleged in the Complaint are hereby dismissed, with prejudice. Further, the Parties have agreed to the dismissal and the costs shall be taxed against the Plaintiff.

WHEREFORE, THE PREMISES CONSIDERED, the Parties respectfully request that this Honorable Court enter an Order dismissing this action and all claims alleged in the Complaint, with prejudice, and costs to be taxed against the Plaintiff, Henry D. Whitaker.

RESPECTFULLY SUBMITTED this 28th day of May, 2008.

/s/ K. Anderson Nelms
K. Anderson Nelms
Anderson Nelms & Associates, LLC
2005 Cobbs Ford Road, Suite 301A
Prattville, AL 36066
(334) 351-1770
(334) 351-1774 (Fax)
andynelms@andersonnelms.com
ASB-6972-E63K

/s/ G.R. "Rick" Trawick
G. R. "Rick" Trawick (TRA007)
SLATEN & O'CONNOR, P.C.
Attorney for Defendant Meta Control, L.L.C.
105 Tallapoosa Street
Suite 101
Montgomery, AL 36104
Telephone No. (334) 396-8882
Facsimile No. (334) 396-8880