IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY D.. WHITAKER    ) | |
| ) | |
| Plaintiff,    ) | |
| v.    ) | CASE NO. 2:07-cv-398-MEF |
| ) | |
| META CONTROL, LLC,    ) | |
| ) | |
| Defendant.    ) | |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Withdraw Motion to Withdraw (Doc. #37) filed on May 22, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 29th day of May, 2008.

/s/  Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE