UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HENRY D. WHITAKER,

  Plaintiff,

vs.           CASE NUMBER: 2:07-CV-398-MEF

META CONTROL, LLC.,

  Defendant.

### DEFENDANT'S RESPONSE TO COURT'S ORDER DATED MAY 23, 2008

  Meta Control, L.L.C., ("Defendant"), by and through its attorney of record, files this response to the Court's Order dated May 23, 2008 (Doc. # 41). The Court ordered the parties to file a Joint Stipulation of Dismissal that complies with CM/ECF Civil Administrative Procedure II.C.3 on or before May 28, 2008. For the following reasons, Defendant's Counsel ("Trawick") cannot comply with the Court's Order.

  1. Trawick has called Plaintiff's Counsel ("Nelms") four times since receiving the Court's order dated May 23, 2008, to obtain his approval to file a proposed Joint Stipulation of Dismissal. Trawick has left voice messages and messages with persons answering Nelm's telephone requesting that he call Trawick.

  2. Nelms has failed or refused to return the telephone calls of Trawick.

3. After receiving this Court's Order dated May 12, 2008 (Doc. # 32), directing the parties to file on or before May 16, 2008, a Joint Stipulation of Dismissal, Trawick prepared a Joint Stipulation of Dismissal and sent it via email to Nelms. In the email, Trawick authorized Nelms to file the Joint Stipulation and also informed him he would be out of his office on May 16, 2008. The Joint Stipulation of Dismissal also states that Trawick authorized his name to be electronically signed and filed by Nelms. Trawick also left a voice message for Nelms containing this information and reminding him the Court had ordered the parties to file the Joint Stipulation on or before May 16, 2008.

4. Nelms failed or refused to communicate with Trawick.

5. On May 16, 2008, Trawick left another voice message for Nelms inquiring about the status of the filing of the Joint Stipulation of Dismissal.

6. Again, Nelms failed or refused to communicate with Trawick.

7. On May 16, 2008, Trawick contacted his assistant and requested that she contact Nelms' assistant to insure the Joint Stipulation of Dismissal was timely filed. Trawick's assistant contacted Nelms' assistant who informed her Nelms was out of his office.

8. On Friday, May 16, 2008, Nelms filed a Motion to Dismiss, without prejudice. (Doc. # 34).

9. On Monday, May 19, 2008, Trawick called Nelms to determine the reasons he did not file the Joint Stipulation of Dismissal and instead filed a Motion to Dismiss without prejudice. Nelms denied having any knowledge of the filing of the Motion to Dismiss. Nelms stated he would call Trawick later and respond to this issue. Again, Nelms failed or refused

to communicate with Trawick regarding this matter.

10. On May 22, 2008, Nelms filed a Joint Stipulation of Dismissal. (Doc. #38). Document # 38 is not the Joint Stipulation of Dismissal prepared by Trawick and sent to Nelms. Document #38 does not comply with CM/ECF Civil Administrative Procedure II.C.3.

11. On May 23, 2008, the Court entered a Final Judgment in this case. (Doc. #39).

12. On May 23, 2008, the Court vacated the Final Judgment previously entered in this case. (Doc. #40).

13. On May 23, 2008, the Court ordered the parties to file a Joint Stipulation of Dismissal that complies with CM/ECF Civil Administrative Procedure II.C.3. (Doc. # 41).

14. The Joint Stipulation of Dismissal prepared by Trawick and sent to Nelms complies with the requirements of CM/ECF Civil Administrative Procedure II.C.3. However, because Nelms has refused to communicate with Trawick regarding this matter, he has been unable to obtain Nelms' approval to file this pleading and to electronically sign his name to the pleading.

15. Defendant currently has pending before the Court a Motion to Dismiss this case as appropriate sanctions for Plaintiff's refusal to respond to discovery requests and for his refusal to prosecute this case. (Doc. #30). The Court previously set the motion for hearing on May 12, 2008. (Doc. #29). During the hearing, Nelms informed the Court that the Plaintiff had agreed to dismiss this case with prejudice.

Wherefore, Defendant requests that the Court grant the pending Motion to Dismiss (Doc. # 30) and award Defendant attorney's fees and costs incurred in defending this frivolous lawsuit.

Respectfully submitted this 29th day of May 2008.

/s/ G. R. "Rick" Trawick
G. R. "Rick" TRAWICK (Ala. TRA007)
Attorney for Defendant

SLATEN & O'CONNOR, P.C.
105 Tallapoosa Street, Suite 101
Montgomery, Alabama  36104
(334) 396-8882
(334) 398-8880 fax
rtrawick@slatenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing instrument upon the following attorney of record by placing a copy in the United States Mail, and postage prepaid this the 29th day of May 2008.

K. Anderson Nelms
P. O. Box 5059
Montgomery, Alabama
(334) 263-7733
(334) 832-4390

/s/ G. R. "Rick" Trawick
G. R. "Rick" Trawick

F:\Gen Litigation\Meta Control,LLC\Pleadings\Defendant's response to court order dated 05-23-08.wpd