UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY D. WHITAKER, | ◆ |
| | ◆ |
| Plaintiff, | ◆ |
| | ◆ |
| vs. | ◆   CASE NUMBER:   2:07-CV-398-MEF |
| | ◆ |
| META CONTROL, LLC., | ◆ |
| | ◆ |
| Defendant. | ◆ |

### DEFENDANT'S NOTICE OF PAYMENT OF ATTORNEY'S FEES

Meta Control, L.L.C. ("Defendant"), by and through its attorney of record, hereby notifies the Court that Anderson Nelms, attorney for Plaintiff, has paid to Defendant the sum of Three Hundred and Fifty dollars as ordered by the Court on May 30, 2008.

Respectfully submitted this 30th day of May 2008.

/s/ G. R. "Rick" Trawick
G. R. "Rick" TRAWICK (Ala. TRA007)
Attorney for Defendant

SLATEN & O'CONNOR, P.C.
105 Tallapoosa Street, Suite 101
Montgomery, Alabama  36104
(334) 396-8882
(334) 398-8880 facsimile
rtrawick@slatenlaw.com

CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing instrument upon the following attorney of record by placing a copy in the United States Mail, and postage prepaid this the 30th day of May 2008.

K. Anderson Nelms<br>
P. O. Box 5059<br>
Montgomery, Alabama<br>
(334) 263-7733<br>
(334) 832-4390

/s/ G. R. "Rick" Trawick
G. R. "Rick" Trawick