UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
MAY 3 0 2008
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| HENRY D. WHITAKER, | |
| Plaintiff, | |
| vs. | CASE NUMBER: 2:07-CV-398-MEF |
| META CONTROL, LLC., | |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Henry D. Whitaker and Defendant Meta Control L.L.C., by and through their respective counsel, stipulate pursuant to *Rule 41 of the Federal Rules of Civil Procedure* that this action and all claims alleged in the complaint are hereby dismissed, with prejudice. The Parties further stipulate that costs in this action shall be taxed against Plaintiff Henry D. Whitaker.

**WHEREFORE**, the Parties respectfully request this Court enter an order dismissing this action and all claims alleged in the complaint, with prejudice, and costs to be taxed against Plaintiff Henry D. Whitaker.

Dated: May 30, 2008

K. Anderson Nelms (NEL022)
Attorney for Plaintiff
2005 Cobbs Ford Road
Suite 301A
Prattville, Alabama 36066
Telephone No. (334) 351-1170
Facsimile No. (334) 351-1774

-1-

/s/ G.R. Trawick
G. R. "Rick" Trawick (TRA007)
SLATEN & O'CONNOR, P.C.
Attorney for Defendant Meta Control, L.L.C.
105 Tallapoosa Street
Suite 101
Montgomery, AL 36104
Telephone No. (334) 396-8882
Facsimile No. (334) 396-8880