IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HENRY D. WHITAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:07-cv-398-MEF |
| | ) | |
| META CONTROL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

# **FINAL JUDGMENT**

Pursuant to the Joint Stipulation of Dismissal (Doc. #47) filed by the parties on May 30, 2008, it is

ORDERED and ADJUDGED that this case is DISMISSED in its entirety with prejudice. It is further ORDERED that costs are taxed in favor of Defendant Meta Control, LLC, and against Plaintiff Henry D. Whitaker, for which execution may issue.

The Clerk of Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

DONE this 30th day of May, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE